■ PHILIP A. MANZO, Respondent, v. EAGLE DELIVERY TRUCK RENTING CO., INC., et al., Appellants.— Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

## (November 2, 1961)

■ (A) CELIA COHEN, as Executrix of PHILIP GLASSER, Deceased, Respondent, v. ELSIE GELLERS, Appellant. (B) MAX HARRISON, Appellant, v. JULIAN WIENER et al., Respondents. (C) WILHELM JAKOBOWITZ, Doing Business as W. JAKOBS HOSIERY & UNDERWEAR CO., Respondent, v. JACOB ABRAMOWITZ et al., Individually and Doing Business as TRANS PACIFIC TRADING CO., Appellants. (D) REBECCA KANTOR, Appellant, v. NATIONWIDE LIFE INSURANCE COMPANY, Respondent. (E) MICHAEL PINTO, Respondent, v. VINCENT J. SAULLE, Appellant. (F) RAMON SOTO, an Infant, by GERTRUDE SOTO, His Guardian ad Litem, Appellant, v. CITY OF NEW YORK, Respondent.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.
■ ALBERT A. ELKIN et al., Appellants, v. TOWN OF RYE et al., Respondents.— Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.
■ PIERRE J. HUSS, Appellant-Respondent, v. MARIANNE HUSS, Respondent-Appellant.—

On the court's own motion, since the plaintiff duly filed his notice of appeal in the office of the County Clerk, his omission in serving a copy upon the corespondent is excused (Civ. Prac. Act, § 107), on condition that, within 10 days after entry of the order hereon, plaintiff shall make the corespondent a respondent on his (plaintiff's) appeal by serving upon him a copy of his (plaintiff's) notice of appeal. The corespondent, as a party respondent on plaintiff's appeal, may file six copies of a typewritten brief and serve one copy on the plaintiff and the defendant within 20 days after plaintiff shall have served one copy of his appellant's brief upon him. Both appeals are ordered on the calendar for the January 1962 Term, instead of the November 1961 Term; the stay heretofore granted to plaintiff is continued pending appeal;